NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RYAN COVEMAKER, DOC #S05952, )
  )
  Appellant, )
  )
v. ) Case No. 2D18-2637
  )
STATE OF FLORIDA, )
  )
  Appellee. )
_____)

Opinion filed May 10, 2019.

Appeal from the Circuit Court for
Manatee County; Charles Sniffen,
Judge.

Howard L. Dimmig, II, Public Defender,
and Kevin Briggs, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


   Affirmed.


NORTHCUTT, SILBERMAN, and ROTHSTEIN-YOUAKIM, JJ., Concur.